IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CR3118 |
| ) | |
| GARY D. FRIESEN, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Extend the Deadline for Filing Pretrial Motions, filing 16, from October 10, 2006, until October 30, 2006. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than Monday, October 30, 2006. Mr. Friesen has earlier waived his right to a speedy trial until February 5, 2007. Thus, there is no need for additional findings related to Mr. Friesen waiving his right to a speedy trial.

Dated this 10th day of October, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge