IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3118 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY D. FRIESEN, | ) | TENTATIVE FINDINGS REGARDING |
| | ) | PRESENTENCE INVESTIGATION |
| Defendant. | ) | REPORT |
| | ) | |

The plea agreement provides that the parties agree that the exact amount and nature of the loss and restitution will need to be determined by the court at a sentencing hearing.

There are no objections, except as to the amount of loss and restitution. A period of two hours shall be reserved for such an evidentiary hearing. The Presentence Investigation Report is accurate and true.

Dated May 29, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge