IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3118 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY D. FRIESEN, | ) | ORDER AMENDING JUDGMENT IN A |
| | ) | CRIMINAL CASE |
| Defendant. | ) | |
| | ) | |

To accord with 42 U.S.C. § 14135a

IT IS ORDERED that the Judgment showing the Date of Imposition of Sentence to be June 12, 2007, is amended to include a condition of probation that the defendant shall cooperate with the Attorney General in collecting a DNA sample from the defendant.

Dated August 27, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge